UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                  :
DAVID KOLOTKIN, and BRYAN CAMACHO,                                :
*individually and on behalf of all others similarly situated,*    :
                                                                  :         25-CV-07567 (JAV)
                                       Plaintiffs,                :
                                                                  :         <u>ORDER</u>
           -v-                                                    :
                                                                  :
DANIEL GRYFE, AND DENA GRYFE,                                     :
                                                                  :
                                       Defendants.                :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 4, 2025, the Clerk of Court entered a Certificate of Default in the above-captioned case as to all Defendants. ECF No. 16. Defendants have since appeared in this case. ECF No. 27. On January 28, 2026, the parties filed a joint letter-motion, seeking to vacate the Certificate of Default by Stipulation. ECF No. 28.

The letter motion is GRANTED. The Court finds good cause under Rule 55(c) to vacate the certificate of default. *See Commissions Imp. Exp. S.A. v. Republic of the Congo*, No. 19 MISC. 195 (KPF), 2020 WL 13560108, at \*1 (S.D.N.Y. May 11, 2020).

The Clerk of Court is directed to vacate the Certificate of Default. Additionally, the Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

Dated: January 29, 2026
       New York, New York                    _____
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge